IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASAM, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>JING PU, *et al.*,<br><br>      Defendants. | CIVIL ACTION NO. 20-1217 |

## ORDER

**AND NOW**, this 4th day of May 2020, upon consideration of the Amended Complaint filed by Plaintiff [Doc. No. 14] it is hereby **ORDERED** that Defendants Nanjing Capital Management, LLC and Jing Pu's Motion to Dismiss [Doc. No. 2] and Defendants 1326 North Mascher St Partners G.P., LLC, 1840 South Camac Street Partners G.P., LLC, Passyunk Loan Acquisition 13 LLC, and Revival Management LLC's Motion to Dismiss [Doc. No. 4] are **DISMISSED AS MOOT.**

  It is so **ORDERED**.

                   BY THE COURT:

                   /s/ Cynthia M. Rufe

                   _____

                   **CYNTHIA M. RUFE, J.**