### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Asam, LLC** <br><br>                    **Plaintiff,** <br><br>          v. <br><br> **Jing Pu, et al** <br><br>                    **Defendants.** | **CIVIL ACTION NO.  20-962** <br>                                    20-1217 |

### ORDER

**AND NOW,** this 22nd day of March 2022, pursuant to the letter from counsel, and the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is further **ORDERED** that if the case was placed in civil suspense that the Clerk of Court transfer that case from the civil suspense file to the current docket for final disposition and **CLOSE** the case.

It is so **ORDERED.**

                                                                  **BY THE COURT:**

                                                                  **/s/ Cynthia M. Rufe**
                                                                  _____
                                                                  **CYNTHIA M. RUFE, J.**

# TINOVSKY LAW FIRM PC

FIVE NESHAMINY INTERPLEX
SUITE 205
TREVOSE, PA 19053
215.568.6860 PHONE
215.701.4987 FAX
WWW.TINOVSKY.COM

**Vlad Tinovsky, Esquire**
215.568.6862 Direct
vtinovsky@tinovskylaw.com

March 22, 2022

**Via Email**

| | |
|---|---|
| Honorable Cynthia M. Rufe | Honorable Carol Sandra Moore Wells |
| United States District Judge | United States Magistrate Judge |
| James A. Byrne U.S. Courthouse | James A. Byrne U.S. Courthouse |
| 601 Market Street, Room 12614 | 601 Market Street, Room 3016 |
| Philadelphia, PA 19106 | Philadelphia, PA 19106 |

**RE:** **Asam, LLC v. Pu et al., Case Nos. 2:20-cv-962 / 2:20-cv-1217-CMR**

Dear Judge Rufe and Judge Wells:

In accordance with instructions from chambers, this letter will confirm that the conditions precedent to the dismissal of the above actions with prejudice have been satisfied under the parties' Confidential Settlement Agreement dated December 17, 2021. Accordingly, to the extent necessary, kindly remove these actions from civil suspense and mark them dismissed with prejudice.

Should the Your Honors have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Respectfully,

*/s/ Vlad Tinovsky*

Vlad Tinovsky

CC:     All counsel of record (by email)